Leeper V. Battery A Third Division How. Bn 11th Artillery APO 29, US Forces et al
Assigned to: Judge Nathaniel M. Gorton
Libel & Slander
Demand: $9,999,000
Cause: 10: 1552 Armed Forces: Action to Correct Records

Date Filed: 11/09/2015
Jury Demand: Plantiff
Nature of Suit: 320 Assault

Jurisdiction: Federal Question

**Plaintiff**

Michael Andrew Leeper

Represented by: Michael Andrew Leeper
30 Washington Street, Unit 44
Brighton, MA 02135
617 935-1823
PRO SE

15CV13791 NMG

V.

**Defendant**

**Battery A Third Division How. Bn 11th Artillery APO 29, US Forces**

A Motion for Judgment as A Matter of LAW

  A. United States Constitution
     Article 1
     Section 9
     Clause 3

No bill Attainder or EX POST Facto Law shall be passed.

  B. A Relief in the amount of Ten Thousand, Thousand

FILED IN CLERKS OFFICE
2016 APR 19  PM 12:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Pro Se Michael A Leeper**
30 Washington Street, Unit 44
Brighton, MA 02135
617 935-1823

Motion denied.
NMGorton, USDJ 8/8/16

Michael A Leeper